| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number (if known): _____ Chapter __11__ | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Foobar, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Full Armor Transportation

**3. Debtor's federal Employer Identification Number (EIN)**  
47-2875453

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 633 Main St. | P.O. Box 277 |
| Pioche, NV 89043 | Pioche, NV 89043-0277 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lincoln | Location of principal assets, if different from principal place of business |
| County | 633 Main St. Pioche, NV 89043 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Foobar, LLC**  
     Name

Case number (*if known*) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Foobar, LLC** _____ Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **Foobar, LLC**  
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☒ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Foobar, LLC**
        Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/25/2024
              MM / DD / YYYY

X  *Jim H Bourne III*          Jim H Bourne III
   Signature of authorized representative of debtor    Printed name

Title  **Owner**

**18. Signature of attorney**

X  [signature]          Date  4/25/24
   Signature of attorney for debtor         MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**Larson & Zirzow, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **702-382-1170**    Email address  **mzirzow@lzlawnv.com**

**7222 NV**
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE MANAGERS OF
## FOOBAR, LLC, a Nevada limited liability company

The undersigned, being all of the Managers and Members of FOOBAR, LLC, a Nevada limited liability company (the "Company"), hereby approve the following resolutions as of April 23, 2024:

RESOLVED that in the judgment of the undersigned, and upon the advice of bankruptcy counsel to the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition for relief be filed under chapter 11, subchapter V, of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that JAMES H. BOURNE III (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the U.S. Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems appropriate to commence the chapter 11 case and proceed therewith to conclusion.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the Managers of the Company, by execution hereof, hereby approve this Written Consent as of the date first above written.

FOOBAR, LLC,
a Nevada limited liability company:

By: *James H. Bourne III*
JAMES H. BOURNE III, as Manager

APPROVED:

_____
Trenton Ahrens (Apr 24, 2024 19:53 EDT)
TRENTON AHRENS


_____
Kurtis Strang
Kurtis Strang (Apr 24, 2024 16:43 PDT)
KURTIS STRANG


_____
Christopher Castillo
Christopher Castillo (Apr 24, 2024 16:48 PDT)
CHRISTOPHER CASTILLO

Fill in this information to identify the case:

Debtor name: **Foobar, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Motive Fleet Card<br>Attn: Bankruptcy Dept/Managing Agent<br>55 Hawthorne St., Ste. #400<br>San Francisco, CA 94105 | | Credit Card - Fuel | | | | $24,000.00 |
| Color Country Diesel, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>2615 N. Freeway Dr.<br>Cedar City, UT 84721 | | Mechanic | | | | $11,000.00 |
| Amur Equipment Finance, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>304 W. 3rd St.<br>P.O. Box 2555<br>Grand Island, NE 68801 | | 2014 Mack Truck | Disputed | $40,000.00 | Unknown | Unknown |
| Amur Equipment Finance, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>304 W. 3rd Street<br>P.O. Box 2555<br>Grand Island, NE 68801 | | 2019 Reit Trailer | Disputed | $60,000.00 | Unknown | Unknown |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **Foobar, LLC**                                                                 Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Channel Partners Capital** **Attn: Bankrutpcy Dept/Managing Agent** **11100 Wayzata Blvd.** **Hopkins, MN 55305** | | All assets | Disputed | $98,706.71 | Unknown | Unknown |
| **Cloudfund, LLC d/b/a Samson Group** **Attn: Bankrutpcy Dept/Managing Agent** **400 Rella Blvd., Suite 165-101** **Suffern, NY 10901** | | All assets | Disputed | $14,375.00 | Unknown | Unknown |
| **Mitsubishi HC Capital America** **Attn: Bankruptcy Dept/Managing Agent** **800 Connecticut Ave 4th Floor** **Norwalk, CT 06854** | | 2015 Kenswoth T680 | | $35,000.00 | Unknown | Unknown |
| **Mitsubishi HC Capital America** **Attn: Bankruptcy Dept/Managing Agent** **800 Connecticut Ave. 4th Floor** **Norwalk, CT 06854** | | 2020 Doonan Drop Deck Trailer | | $60,000.00 | Unknown | Unknown |
| **Mitsubishi HC Capital America** **Attn: Bankruptcy Dept/Managing Agent** **800 Connecticut Ave. 4th Floor** **Norwalk, CT 06854** | | 2021 Doonan Flip Axel | | $15,000.00 | Unknown | Unknown |
| **North Mill Equipment Finance LLC** **Attn: Bankruptcy Dept/Managing Agent** **601 Merritt 7, Suite 5** **Norwalk, CT 06851** | | 2023 EXA Trailer | | $42,000.00 | Unknown | Unknown |

Debtor  **Foobar, LLC**  Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Solved Debt<br>Attn: Bankruptcy Dept/Managing Agent<br>254 Chapman Ste. 208 #16483<br>Newark, DE 19702 | | Merchant Cash Advance | Disputed | $130,000.00 | Unknown | Unknown |
| Stearns Bank Equipment Finance<br>Attn: Bankruptcy Dep't/Managing Agent<br>P.O. Box 327<br>Albany, MN 56307-0327 | | 2004 Caterpillar 430DIT Backhoe SN*3525 | | $40,000.00 | Unknown | Unknown |
| Stearns Bank Equipment Finance<br>Attn: Bankruptcy Dep't/Managing Agent<br>P.O. Box 750<br>Pioche, NV 89043 | | 2023 Dorsey Trailer | | $65,000.00 | Unknown | Unknown |
| Targeted Lending Co., LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>5500 Main St., Suite 300<br>Williamsville, NY 14221 | | 2013 Mack Truck CXU | | $40,000.00 | Unknown | Unknown |
| Targeted Lending Co., LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>5500 Main St., Suite 300<br>Williamsville, NY 14221 | | 1990 Nelson Truck | | $15,000.00 | Unknown | Unknown |
| Targeted Lending Co., LLC<br>Attn: Bankruptcy Dept/Managing Agent<br>5500 Main St., Suite 300<br>Williamsville, NY 14221 | | 2012 Mana Trailer | | $15,000.00 | Unknown | Unknown |

Debtor **Foobar, LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Targeted Lending Co., LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**5500 Main St.**<br>**Williamsville, NY 14221** | | **2023 Dorsey Flip Axel** | | $25,000.00 | Unknown | Unknown |

# United States Bankruptcy Court
### District of Nevada

In re: **Foobar, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **04/25/2024**

*Jim H Bourne III*
**Jim H Bourne III/Owner**
Signer/Title

Foobar, LLC
P.O. Box 277
Pioche, NV 89043-0277

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Amur Equipment Finance, Inc.
Attn: Bankruptcy Dept/Managing Agent
304 W. 3rd Street
P.O. Box 2555
Grand Island, NE 68801

Cloudfund, LLC
d/b/a Samson Group
Attn: Bankrutpcy Dept/Managing Agent
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Internet Truckstop Payments, LLC
Attn: Bankrutpcy Dept/Managing Agent
222 N. Plymouth Ave.
New Plymouth, ID 83655

Mitsubishi HC Capital America
Attn: Bankruptcy Dept/Managing Agent
800 Connecticut Ave 4th Floor
Norwalk, CT 06854

North Mill Equipment Finance LLC
Attn: Bankruptcy Dept/Managing Agent
601 Merritt 7, Suite 5
Norwalk, CT 06851

Stearns Bank Equipment Finance
Attn: Bankruptcy Dep't/Managing Agent
P.O. Box 327
Albany, MN 56307-0327

Targeted Lending
Attn: Bankruptcy Dept/Managing Agent
5500 Main St.
Buffalo, NY 14221

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

Amur Equipment Finance, Inc.
Attn: Bankruptcy Dept/Managing Agent
304 W. 3rd Street
Grand Island, NE 68801

Color Country Diesel, Inc.
Attn: Bankruptcy Dept/Managing Agent
2615 N. Freeway Dr.
Cedar City, UT 84721

Kapitus LLC
Attn: Bankruptcy Dept/Managing Agent
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201

Mitsubishi HC Capital America
Attn: Bankruptcy Dept/Managing Agent
800 Connecticut Ave. 4th Floor
Norwalk, CT 06854

Proventure Capital LLC
Attn: Bankrutpcy Dept/Managing Agent
2613 E. 16th St.
Brooklyn, NY 11235

Stearns Bank Equipment Finance
Attn: Bankruptcy Dep't/Managing Agent
P.O. Box 750
Pioche, NV 89043

Targeted Lending Co., LLC
Attn: Bankruptcy Dept/Managing Agent
5500 Main St., Suite 300
Williamsville, NY 14221

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Amur Equipment Finance, Inc.
Attn: Bankruptcy Dept/Managing Age
304 W. 3rd St.
P.O. Box 2555
Grand Island, NE 68801

Channel Partners Capital
Attn: Bankrutpcy Dept/Managing Age
11100 Wayzata Blvd.
Hopkins, MN 55305

H.I.L. Financial
Attn: Bankruptcy Dept/Managing Age
5325 140th Ave. NE
Bellevue, WA 98005

Mitsubishi
Attn: Bankruptcy Dept/Managing Age
800 Connecticut Ave 4th Floor
Norwalk, CT 06854

Motive Fleet Card
Attn: Bankruptcy Dept/Managing Age
55 Hawthorne St., Ste. #400
San Francisco, CA 94105

Solved Debt
Attn: Bankruptcy Dept/Managing Age
254 Chapman Ste. 208 #16483
Newark, DE 19702

Stearns Bank Equipment Finance
Attn: Bankruptcy Dept/Managing Age
500 13th St.
P.O. Box 327
Albany, MN 56307-0327

Targeted Lending Co., LLC
Attn: Bankruptcy Dept/Managing Age
5500 Main St.
Williamsville, NY 14221

Wolters Kluwer Lien Solutions
P.O. Box 29701
Glendale, CA 91209-9071

#1 A BOC-3 Filing Inc.
Attn: Nathan Aman
327 California Ave.
Reno, NV 89509

Channel Partners Capital
Attn: Bankrutpcy Dept/Managing Age
10900 Wayzata Blvd., Suite 300
Hopkins, MN 55305

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551401
Las Vegas, NV 89155

Cloudfund LLC
187 Wold Rd., Suite 101
Albany, NY 12205

Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62703

Corporation Service Co.
801 Adlai Stevenson Dr.
Springfield, IL 62708

CSC
Attn: Bankruptcy Dept/Managing Agent
801 Adai Stevenson Drive.
Springfield, IL 62703

CT Corp. Systems, as Rep.
330 N. Brand Blvs., Suite 700
Attn: SPRS
Glendale, CA 91203

Diligenz Inc.
6500 Harbour Hts. Pkwy, #100
Mukilteo, WA 98275

Int'l Fuel Tax Ass'n, Inc.
P.O. Box 7147
Mesa, AZ 85216-7147

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internet Truckstop Payments, LLC
c/o Ambyr O'Donnell, as Agent
1444 S. Entertainment Ave., #220
Boise, ID 83709-3840

Lincoln County Treasurer
181 N. Main St., Suite 204
P.O. Box 416
Pioche, NV 89043

Motive Fuel Card
3500 S. DuPont Hwy.
Dover, DE 19901

Nevada Dept of Taxation,
Attn: Bankruptcy Section
555 E. Washington Ave., Suite 1300
Las Vegas, NV 89101

Nevada DMV
555 Wright Way
Carson City, NV 89711

Proventure Capital Funding LLC
132 32nd St.
Brooklyn, NY 11232

Proventure Capital, LLC
Attn: Bankruptcy Dept/Managing Agent
99 Wall St., #576
New York, NY 10005

Stearns Bank Equipment Finance
Attn: Bankrutpcy Dep't/Managing Agent
500 13th St.
Albany, MN 56307

Trenton W. Ahrens
218 Highland Pines Dr.
Pittsburgh, PA 15237

Truckstop.com
1444 S. Entertainment Ave., #110
Boise, ID 83709

U.S. Attorney's Office-Nevada
Attn: Civil Process Clerk
501 Las Vegas Blvd., So., Ste. 1100
Las Vegas, NV 89101

U.S. Dep't of Transportation
Federal Motor Carriers Safety Admin
Attn: Legal Department
1200 New Jersey Ave., SE
Washington, DC 20590

U.S. Small Business Administration
SBA Disater Loan Service Center
1545 Hawkins Blvd., Ste. 202
El Paso, TX 79925-2652

U.S. Small Business Administration
Attn: Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101